1

Scott FRETWELL v. STATE. (No. 11771.) Court of Criminal Appeals of Texas. March 28, 1928. Rehearing Denied June 6, 1928. Appeal from District Court, Bosque County; Irwin T. Ward, Judge. S. G. Tankersley, of Glen Rose, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for aggravated assault; punishment, a fine of $300 and 30 days in the county jail. This case is here without a statement of facts or bills of exception. The indictment correctly charges appellant with an assault with intent to murder. This offense was submitted by the court in a charge to which no exceptions were addressed. The judgment of the court is in correct form. No error appearing, the judgment will be affirmed.

2

Reese FULLER v. STATE. (No. 11671.) Court of Criminal Appeals of Texas. May 23, 1928. Appeal from Wichita County Court at Law; C. M. McFarland, Judge. Bishop & Tooker, of Wichita Falls, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for misdemeanor theft; punishment, a fine of $50 and 30 days in the county jail. The record appears here without any bills of exception or statement of facts. The judgment and sentence followed the charge, which is in conformity with the law. No error appearing, the judgment will be affirmed.

3

J. L. GEORGE v. STATE. (No. 11779.) Court of Criminal Appeals of Texas. May 9, 1928. Appeal from District Court, Haskell County; Bruce W. Bryant, Judge. Murchison & Davis, of Haskell, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for driving an automobile upon a public street of an incorporated city while appellant was under the influence of intoxicating liquor; the punishment being a fine of $25 and 30 days' confinement in the county jail. Neither statement of facts nor bills of exception are found in the record. Nothing is presented for review. The judgment is affirmed.

4

W. T. HILL v. STATE. (No. 11670.) Court of Criminal Appeals of Texas. May 23, 1928. Appeal from District Court, Falls County; E. M. Dodson, Judge. T. B. Bartlett, of Marlin, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Upon a charge of murder, the appellant was convicted of aggravated assault; punishment fixed at confinement in the county jail for a period of 45 days. The record contains neither statement of facts nor bills of exceptions. There are some special charges which were refused, but in the absence of knowledge of the evidence that was before the trial judge, we are unable to appraise the merits, if any, of the complaint of the refusal of the special charges. The judgment is affirmed.

5

Lusk HOLLEY v. STATE. (No. 11826.) Court of Criminal Appeals of Texas. May 30, 1928. Appeal from District Court, Leon County; Carl T. Harper, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of five years. No statement of facts accompanies the record. No questions of law are presented for review, by bills of exceptions or otherwise. The judgment is affirmed.

6

Buster HUNT v. STATE. (No. 11927.) Court of Criminal Appeals of Texas. May 30, 1928. Appeal from District Court, Stonewall County; Bruce W. Bryant, Judge. J. M. Carter, of Aspermont, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for manufacturing intoxicating liquor; punishment, one year in the penitentiary. We find in the record neither a statement of facts nor bill of exceptions. The indictment appears to be regular, and is followed by the charge of the court, the judgment, and sentence. No error appearing, the judgment will be affirmed.

7

Tom MITCHELL v. STATE. (No. 11616.) Court of Criminal Appeals of Texas. May 9, 1928. Appeal from District Court, Taylor County; W. R. Chapman, Judge. Ben L. Cox, of Abilene, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Upon trial under an indictment charging appellant with assault with intent to murder, he was convicted of aggravated assault, and his punishment assessed at a fine of $400. Neither statement of facts nor bills of exception are found in the record. Nothing is presented for review. The judgment is affirmed.